Joseph S. Farzam, SBN 210817
joseph@farzamlaw.com
Matthew Evans, SBN 258151
matthewe@farzamlaw.com
JOSEPH FARZAM LAW FIRM
A Professional Law Corporation
11766 Wilshire Blvd, Suite 280
Los Angeles, California 90025
Telephone: (310) 226-6890
Fax: (310) 226-6891

Attorneys for Plaintiffs,
LISA KIM MADRIGAL
and those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KIM MADRIGAL, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HINT, INC., and DOES 1 through 20 inclusive,<br><br>Defendants. | **Case No. 17-cv-02095-VAP-MRW**<br><br>Complaint Filed:   January 17, 2017<br>Trial Date:   None Set<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION** |

The parties stipulate to a dismissal of this case as to all causes of action by all parties, with the dismissal of all claims by Plaintiff Lisa Kim Madrigal with prejudice. All parties will bear their own attorney's fees and costs.

Dated: December 15, 2017          Respectfully submitted,
                                  WINSTON & STRAWN LLP


                                  By: */s/ Amanda L. Groves*
                                      Amanda L. Groves
                                      Natalie L. Arbaugh
                                      Shawn R. Obi
                                      Attorneys for Defendant
                                      HINT, INC.

Dated: December 15, 2017          JOSEPH FARZAM LAW FIRM


                                  By: */s/ Matthew Evans*
                                      Joseph S. Farzam
                                      Matthew Evans
                                      Attorneys for Plaintiff
                                      LISA KIM MADRIGAL