Joseph S. Farzam, SBN 210817
joseph@farzamlaw.com
Matthew Evans, SBN 258151
matthewe@farzamlaw.com
JOSEPH FARZAM LAW FIRM
A Professional Law Corporation
11766 Wilshire Blvd, Suite 280
Los Angeles, California 90025
Telephone: (310) 226-6890
Fax: (310) 226-6891

Attorneys for Plaintiffs,
LISA KIM MADRIGAL
and those similarly situated

JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 19, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KIM MADRIGAL, on behalf of herself and those similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HINT, INC., and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | **Case No. LA 17-cv-02095-VAP-MRW**<br><br>Complaint Filed:　January 17, 2017<br>Trial Date:　None Set<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION** |

# [~~PROPOSED~~] ORDER

This Action is hereby **DISMISSED** with prejudice pursuant to the stipulation of the parties. The Clerk of Court is instructed to close the case.

Dated: December 19, 2017

_____
HON. VIRGINIA A. PHILLIPS